UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**JANE DOE**, proceeding under a pseudonym,

       Plaintiff,

-vs-                                      Case No.: 04-C-1005

**STEVEN D. RUEGE**,

       Defendant.

---

## ORDER

---

Based on the Stipulated Protective Order signed by the parties:

**IT IS HEREBY ORDERED** that

    1.    the stipulations are incorporated into this Order in their entirety; and

    2.    both parties must fully abide by and take all necessary action to effectuate the above stipulations.

Dated this 21st day of July, 2005.

                                            **BY THE COURT:**

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            District Court Judge
                                            United States District Court
                                            Eastern District of Wisconsin
                                            Green Bay Division

05016431.WPD